RECEIVED IN PRO SE OFFICE

MAR 2 4 2026

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Daryl James, Plaintiff,

v.

LVNV Funding, LLC, Defendant.

Civil Action No. _____

F I L E D
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★    MAR 2 4 2026    ★

BROOKLYN OFFICE

**COMPLAINT**

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this action arises under the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681 et seq., and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692 et seq.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this district and Plaintiff resides in this district.

3. Plaintiff is a natural person and consumer. Defendant LVNV Funding, LLC is a debt collector and furnisher of information.

4. Plaintiff does not admit the existence, validity, or enforceability of the alleged account. Any references to the account are based solely on Defendant's representations.

5. Plaintiff initiated arbitration and paid the required filing fee under protest. The American Arbitration Association (AAA) issued a case number and added Defendant's counsel. AAA issued a fee demand with deadline. Defendant failed to comply. AAA closed the case and stated either party may proceed in court under Rule R-10(b). Plaintiff declined to reopen the matter.

6. Defendant has not produced any agreement, arbitration clause, or governing terms in effect at the time of the alleged account's origination, nor any evidence demonstrating that such terms were validly assigned or enforceable by Defendant.

7. Defendant has failed to produce any account-level documentation, assignment records, or evidence sufficient to establish ownership, standing, or authority to collect or furnish information.

8. Defendant produced an "Account Summary" which states it is not from the original creditor and was prepared by a third party. The document was generated after the alleged transfer and does not constitute contemporaneous evidence of ownership or agreement.

9. The document identifies multiple entities, including several on the same transfer date, without account-level documentation establishing each stage of transfer. Defendant has failed to demonstrate how Plaintiff's alleged account was conveyed through each entity.

**10. COUNT I – FCRA (15 U.S.C. § 1681s-2(b))**

Defendant, acting as a furnisher, failed to conduct a reasonable investigation after notice of dispute and continued to furnish and verify disputed information without substantiation.

**11. COUNT II – FDCPA (15 U.S.C. §§ 1692e, 1692e(8), 1692f)**

Defendant engaged in false, deceptive, and misleading representations and unfair practices, including communicating information known or which should have been known to be false.

**12. COUNT III – FDCPA (15 U.S.C. § 1692g)**

REC'D IN PRO SE OFFICE
MAR 24 '26 AM10:50

Defendant failed to provide proper validation of the alleged debt.

**13. PRAYER FOR RELIEF**

Plaintiff respectfully requests that this Court enter judgment in his favor and award:

a. Statutory damages pursuant to 15 U.S.C. § 1681n;

b. Actual damages pursuant to 15 U.S.C. § 1681o;

c. Statutory damages pursuant to 15 U.S.C. § 1692k;

d. Punitive damages for willful violations;

e. Total damages in the amount of $150,000;

f. Costs of this action; and

g. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

*Danl James*

(Sign here in ink)

Date-03-19-2026

Daryl James

140-12 243rd Street

Rosedale, NY 11422

(347) 223-7542

daryljames94@gmail.com

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York  11432-3898
Date:  December 4, 2024
BNC#:  24IB330C85540-A

DARYL JAMES
140 12 243RD ST
ROSEDALE NY  11422-2125

We are writing to you about court order number CB66688Y1 concerning your responsibility for child support, alimony or court ordered victim restitution.

## What We Plan To Do

We have been ordered to take $675.00 from each monthly payment you are due to pay your obligation for child support, alimony or court ordered victim restitution.  We withheld $675.00 from the payment you will receive around January 3, 2025.  After that we will withhold $675.00 each month.  You will receive another letter showing the payment amount you will receive.

## If You Disagree With The Decision

If you disagree with the decision of the court that issued the garnishment order, you will need to contact them directly or have a lawyer do it for you.

*Social Security Administration*

C

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Daryl James

**(b)** County of Residence of First Listed Plaintiff  Queens County NY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**

LVNV Funding LLC

County of Residence of First Listed Defendant  Greenville County SC
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 2  U.S. Government Defendant
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane / ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability / ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability / Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | / ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine / ❏ 345 Marine Product Liability | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☑ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability / ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury / ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | / ❏ 380 Other Personal Property Damage | | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice / ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| | | ❏ 751 Family and Medical Leave Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights / **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting / ❏ 463 Alien Detainee | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment / ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations / ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment / ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 950 Constitutionality of State Statutes |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other / **Other:** ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education / ❏ 550 Civil Rights | ❏ 465 Other Immigration Actions | | |
| | / ❏ 555 Prison Condition | | | |
| | / ❏ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
15 USC 1681 et. seq (Fair Credit Reporting Act

Brief description of cause:
Action for damages arising from inaccurate Credit Reporting Reasonable investigation

**VII. REQUESTED IN COMPLAINT:**

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ To Be Determined

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes  ❏ No

**VIII. RELATED CASE(S) IF ANY**  none
*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE  03-19-2026

SIGNATURE OF ATTORNEY OF RECORD  Daryl James  Daryl James ProSe

**FOR OFFICE USE ONLY**

RECEIPT #  _____  AMOUNT  _____  APPLYING IFP  _____  JUDGE  _____  MAG. JUDGE  _____

# AO 440 SUMMONS (Pre-Filled)

**UNITED STATES DISTRICT COURT**
Eastern District of New York

**PLAINTIFF:** Daryl James
**DEFENDANT:** LVNV Funding, LLC

**TO (Defendant's Authorized Agent for Service):**
CT Corporation System
28 Liberty Street
New York, NY 10005

## IMPORTANT INSTRUCTIONS:

• Leave the Clerk signature, seal, and date blank.
• The Clerk of Court will sign and issue this summons.
• Case number will be assigned after filing.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

DARYL JAMES,

Plaintiff,

v.

LVNV FUNDING, LLC,

Defendant.

# APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (AO 240)

## *Applicant Information*

| | |
|---|---|
| Name: | Daryl James |
| Address: | 140-12 243 Street, Rosedale, NY 11422 |
| Phone: | 347-223-7542 |
| Email: | daryljames94@gmail.com |

## *1. Employment*

I am currently not employed. I receive Social Security Disability benefits.

## *2. Income*

Monthly income: Social Security Disability benefits (amount to be filled if desired).

## *3. Assets*

I have limited assets and no significant savings.

## *4. Expenses*

I have regular living expenses including housing, food, transportation, and utilities.

## *Declaration*

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement may result in dismissal of my claims.

Date: **03-19-2026**

Signature: *Daryl James*

Daryl James

Daryl James
140 12 243 Street
Rosedale NY 11422

9589 0710 5270 3071 7022 ?




Retail
U.S. POSTAGE PAID
FCM LETTER
ROSEDALE, NY 11422
MAR 19, 2026

UNITED STATES
POSTAL SERVICE®

11201

RDC 99

$10.77

S2322P501308-14

BROOKLYN OFFICE

★

MAR 24 2026

★

U.S. DISTRICT COURT E.D.N.Y
IN CLERK'S OFFICE
FILED

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY. 11201

11201$1832  CO30

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201



9590 9402 9953 5335 0236 50

9589 0710 5270 3071 7022 14

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt